THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAY BENNETT, JR., # R74042,  )<br>  )<br>  Plaintiff,  )<br>  vs.  )<br>  )<br>ALEXANDER RODMAN,  )<br>ROSE LOOS,  )<br>CATHY McCLURE,  )<br>NICHOLAS COOK,  )<br>MICHAEL A. JOHNSON,  )<br>DAVID ANDREWS, and  )<br>AUSTIN HAGSTON,  )<br>  )<br>  Defendants.  ) | Case No. 3:24-cv-00408-GCS |

## MEMORANDUM & ORDER

**SISON, Magistrate Judge:**

This matter is before the Court for case management. Plaintiff filed this action on February 15, 2024, while he was a prisoner at Pinckneyville Correctional Center. (Doc. 1). In April 2024, he notified the Court of his transfer to Lawrence Correctional Center ("Lawrence"). (Doc. 10). On August 20, 2024, the Court allowed Plaintiff to proceed on several claims and ordered service of process on the defendants. (Doc. 15). Plaintiff was paroled from Lawrence on or about July 30, 2024.[1]

On October 4, 2024, the Court entered a Notice of Impending Dismissal, ordering Plaintiff to provide written notice of his current address by October 25, 2024, and warning

---

[1] Individual in Custody search page, IDOC. Https://idoc.illinois.gov/offender/inmatesearch.html (last visited Oct. 3, 2024). Defendant McClure's motion to dismiss includes additional documentation that Plaintiff was paroled and that documents mailed to him at Lawrence have been returned as undeliverable. (Doc. 41).

him that if he failed to comply with the order, this case would be dismissed with prejudice. (Doc. 31). The October 25, 2024, deadline has come and gone, and Plaintiff has failed to update his address or respond in any way.

Accordingly, this action is **DISMISSED with prejudice** for failure to prosecute and failure to comply with an Order of the Court. *See* FED. R. CIV. PROC. 41(b); *see generally James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005); *Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997). *See also Lucien v. Breweur*, 9 F.3d 26, 29 (7th Cir. 1993) (noting that dismissal for failure to prosecute is presumptively with prejudice). All pending motions are **TERMINATED AS MOOT**. The Clerk is **DIRECTED** to **CLOSE THIS CASE** and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  November 6, 2024.**

Digitally signed by Judge Sison
Date: 2024.11.06 13:01:26 -06'00'

**GILBERT C. SISON**
**United States Magistrate Judge**